UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA DAVIS

(THIS CASE IS RELATED to 20-cv-09155-KMK

Write the full name of each plaintiff.

RELATED CASE
_____ CV _____

(Include case number if one has been assigned)

-against-
SEDGWICK CLAIMS MANAGEMENT SERVICES

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

Scanned with CamScanner

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

- ☑  **Federal Question**

- ☑  **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
42 U.S. Code § 1981

29 U.S.C. 1133, 1135,

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff ,  LAURA DAVIS                                    , is a citizen of the State of
(Plaintiff's name)

CALIFORNIA
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Scanned with CamScanner

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, **SEDGWICK CMS** _____, is incorporated under the laws of

the State of **DELAWARE** _____

and has its principal place of business in the State of **TENNESSE** _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

| LAURA | | DAVIS | |
|-------|----------------|-----------|---|
| First Name | Middle Initial | Last Name | |
| 619 N. Alexandria Ave | | | |
| Street Address | | | |
| Los Angeles | | CA | 90004 |
| County, City | | State | Zip Code |
| | | dalauravis@gmail.com | |
| Telephone Number | | Email Address (if available) | |

Page 3

Scanned with CamScanner

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   SEDGWICK CMS

First Name          Last Name
c/o CSC

Current Job Title (or other identifying information)
80 State Street 6th floor

Current Work Address (or other address where defendant may be served)
Albany                          NY               12207

County, City                   State            Zip Code

Defendant 2:

First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                   State            Zip Code

Defendant 3:

First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                   State            Zip Code

Page 4

Scanned with CamScanner

Defendant 4:

    First Name            Last Name

    Current Job Title (or other identifying information)

    Current Work Address (or other address where defendant may be served)

    County, City            State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:   California and New York

Date(s) of occurrence:   September 2017 - present

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

1981 claim- I am black, I had an employment contract with Delta Airlines, Inc. Because of my race, Defendant Sedgwick impaired my employment contract with Delta Airlines.

ERISA claim: Defendant Sedgwick CMS refused and denied and failed to pay my short term and long term and retirement benefits under Delta's plan.

DEFAMATION: Defendant Sedgwick CMS told third parties, in California and New York, including my employer, Delta Airlines, Inc. that I am a "pole dancer" and a "stripper" who gives "naked lap dances" and does "peep shows" and that I'm a "pimp" who sells females for sex and that I committed "workers compensation fraud" and that I was involved in a "Fraudulent scam" where I was selling pass travel benefits to unknown third parties to "Steal" money from Delta Airlines, Inc.

Page 5

Scanned with CamScanner

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

leg and back injuries, leaving me disabled with mobility impairments, Def. Sedgwick refuses to provide substantial medical treatment.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

$50,000,000, 00    restitution of my money that I paid into Delta's short and long term disability plans and retirement plans, emotional damages, punitive damages, injunctive relief, loss of income, back pay, loss of health insurance, any relief under ERISA and 1981 for impairment of my employment contract

Scanned with CamScanner

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 08/22/2021 | | |
|---|---|---|
| **Dated** | | **Plaintiff's Signature** |
| LAURA | | DAVIS |
| **First Name** | **Middle Initial** | **Last Name** |
| 619 N. Alexandria Ave | | |
| **Street Address** | | |
| Los Angeles | CA | 90004 |
| **County, City** | **State** | **Zip Code** |
| | | dalauravis@gmail.com |
| **Telephone Number** | | **Email Address (if available)** |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Scanned with CamScanner

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**LAURA DAVIS**

_____

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

CV _____  (   )  (   )

-against-

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

**SEDGWICK CLAIMS MANAGEMENT**

**SERVICES**

_____

(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*     ☐ Yes     ■ No   (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution?  ☐ Yes   ■ No

   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?     ☐ Yes     ■ No

   If "yes," my employer's name and address are: _____

   Gross monthly pay or wages: _____

   If "no," what was your last date of employment?   10/18/2017

   Gross monthly wages at the time:   5,000.00 approximate

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment     ☐ Yes     ■ No
   (b) Rent payments, interest, or dividends              ☐ Yes     ■ No

SDNY Rev: 8/5/2015

Scanned with CamScanner

| | Yes | No |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | No |
| (d) Disability or worker's compensation payments | ☐ Yes | No |
| (e) Gifts or inheritances | ☐ Yes | No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | No |
| (g) Any other sources | ☐ Yes | No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:
living off support of friends and family

4. How much money do you have in cash or in a checking, savings, or inmate account?
   0.00

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:
   no

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:
   transportation just public transportation costs around $30.00 per month

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):
   n/a

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:
   n/a

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

08/22/2021

| Dated | Signature |
|---|---|
| Davis, Laura | |

| Name (Last, First, MI) | | Prison Identification # (if incarcerated) | |
|---|---|---|---|
| 619 N. Alexandria Ave | Los Angeles | CA | 90004 |
| Address | City | State     dalauravis@gmail.com | Zip Code |
| Telephone Number | | E-mail Address (if available) | |

IFP Application, page 2

Scanned with CamScanner

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

### Civil case(s) filed in the Southern District of New York:

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).
THIS case IS RELATED to CASE 20-cv-09155-KMK, where Sedgwick CMS is a Defendant, and most of the facts pertaining to my 1981 claim are identical, most of the facts and witnesses and comparators are the same.

---

DAVIS, LAURA

| | | | |
|---|---|---|---|
| Name (Last, First, MI) | | | |
| 619 N.Alexandria Av| Los Angeles | CA | 90004 |
| Address | City | State | Zip Code |
| | | dalaurovis@gmail.com | |
| Telephone Number | | E-mail Address | |
| 08/22/2021 | | | |
| Date | | Signature | |

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

Scanned with CamScanner