UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA DAVIS,

                Plaintiff,

-against-

SEDGWICK CLAIM MANAGEMENT SERVICES, INC.,

                Defendant.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2022

21-CV-7090 (PGG) (BCM)

ORDER OF SERVICE

BARBARA C. MOSES, United States Magistrate Judge:

      Plaintiff Laura Davis, proceeding *pro se* and *in forma pauperis*, is entitled to service of process by the United States Marshals Service (USMS). *See* 28 U.S.C. § 1915; Fed. R. Civ. P. 4(c)(3).

      On January 18, 2022, before a summons had been issued, an attorney in New York, Peter T. Shapiro, filed a notice of appearance on behalf of defendant Sedgwick Claim Management Services, Inc. (Sedgwick). (Dkt. 20.) On January 25, 2022, plaintiff filed a second amended complaint. (Dkt. 28.) On February 10, 2022, Judge Gardephe directed the USMS to effect service on Sedgwick at an address in Memphis, Tennessee. (Dkt. 30.) On August 1, 2022, Judge Gardephe referred the matter to my docket for general pretrial management. (Dkt. 34.) The USMS has informed the Court that the proper service address for Sedgwick is 2908 Poston Avenue, Nashville, TN 37203.

      Under *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997), a *pro se* plaintiff is entitled to assistance from the district court in identifying an address where a defendant may be served. *See also Bryant v. N.Y. State Dep't of Corr. Servs. Albany*, No. 00-CV-3728, 2001 WL 263315 (S.D.N.Y. Mar. 16, 2001) (ordering counsel to provide address where already-identified defendant could be served).

It is therefore ORDERED that Sedgwick's attorney, Mr. Shapiro, shall either accept service on behalf of Sedgwick or provide an address where Sedgwick may be served. Counsel shall provide this information to the Court within 30 days of the date of this order. After the Court receives this information, if necessary, it will issue an order directing the Clerk of Court to complete the USM-285 form with the address for Sedgwick and deliver all documents necessary to effect service to the USMS.[1]

The Clerk of Court is directed to mail a copy of this order to Peter T. Shapiro, Esq., at the following address: Lewis Brisbois Bisgaard & Smith LLP, 77 Water Street, Suite 2100, New York, NY 10005.

SO ORDERED.

Dated: September 21, 2022
New York, New York

_____
BARBARA MOSES
United States Magistrate Judge

---

[1] Under the Federal Rules of Civil Procedure and the New York Civil Practice Law and Rules, defendants have a duty to avoid the unnecessary expense of personal service. Should the Marshals Service be required to serve the summons personally, the Court may, in accordance with the C.P.L.R., order that defendant be charged with the reasonable expense of serving process.