**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
LAURA DAVIS,

                       Plaintiff,                       21 **CIVIL** 7090 (PGG)(BCM)

       -against-                                  **JUDGMENT**

SEDGWICK CLAIM MANAGEMENT
SERVICES, INC.,

                       Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 20, 2023, Defendant's motion to dismiss is granted; and Plaintiff's motion for leave to amend is denied; accordingly, the case is closed.

**Dated:**  New York, New York
           September 20, 2023

                                                                **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                                **BY:**    *K. Mango*

                                                                     **Deputy Clerk**